UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JAMES A. GREENE,                                                        :
                           Plaintiff,                   :
:      22-CV-5261 (JMF)
               -v-                                       :
:      <u>ORDER</u>
NEW YORK STATE DEPARTMENT OF TAXATION        :
AND FINANCE and CAPITAL ONE BANK,            :
                           Defendants.                  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On June 29, 2022, Defendants each filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Because Plaintiff is proceeding *pro se*, however, the Court will give Plaintiff additional time to amend the complaint.

        Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **August 11, 2022.** If Plaintiff believes that the pleading of additional facts will cure deficiencies identified in the motions to dismiss, the Plaintiff should include those facts in the amended complaint. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motions to dismiss.

        If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file new motion(s) to dismiss; or (3) file a letter on ECF stating that they rely on a previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

        If no amended complaint is filed, Plaintiff shall serve any opposition to the motions to dismiss, in the form of a single consolidated brief, by **August 11, 2022**. Defendants' replies, if any, shall be served by **August 25, 2022**. Any party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

        Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

        SO ORDERED.

Dated: July 1, 2022
       New York, New York                _____
                                                                    JESSE M. FURMAN
                                                               United States District Judge