UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
:
JAMES A. GREENE,                                                       :
:
                                 Plaintiff,              :                     22-CV-5261 (JMF)
:
               -v-                                                    :                          ORDER
:
NEW YORK STATE DEPARTMENT OF TAXATION      :
AND FINANCE and CAPITAL ONE, N.A.,                    :
:
                                 Defendants.            :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendants' new motions to dismiss, *see* ECF Nos. 22, 29, Defendants' earlier

motions to dismiss, filed at ECF Nos. 6 and 7, are hereby DENIED as moot.  Plaintiff's

consolidated opposition to both of the new motions to dismiss is due by **September 21, 2022**.

Defendants' replies, if any, are due by **September 28, 2022**.

        The Clerk of Court is directed to terminate ECF Nos. 6 and 7 and to mail a copy of this

Order to Plaintiff.


        SO ORDERED.

Dated:  August 31, 2022
        New York, New York                                    _____
                                                                          JESSE M. FURMAN
                                                                          United States District Judge